### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WILLIAM HEDGER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 3:21-cv-00845-JPG |
| | ) | |
| JERSEY COUNTY E.T.S.B/911 AND JERSEY COUNTY, ILLINOIS | ) | |
| | ) | |
| Defendant | ) | |

### NOTICE OF SETTLEMENT

COMES NOW William Robert Hedger, by and through Joshua R. Evans of Joshua R. Evans, Attorney at Law, P.C., and states as follows:

Pursuant to a settlement recently reached by the parties, please pass this case and remove it from the trial docket on February 13, 2023. The parties ask that the case remain open for 60 days for the parties to finalize settlement and file a Stipulation for Dismissal.

Respectfully submitted,

By:   /s/ Joshua R. Evans
Joshua R. Evans #6318288
JOSHUA R. EVANS, ATTORNEY AT LAW, P.C.
103 North State Street
Jerseyville, Illinois 62052
618-498-0001 Phone
618-266-2845 Fax
Email:  office@jevanslegal.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused a true and correct copy of the foregoing

document to be served upon all counsel of record via CM/ECF system to their respected email addresses on September 28, 2022.

Mr. Keith Hill
Attorney for Defendants
105 W Vandalia St
Edwardsville, IL 62025
Email:  khill@heylroyster.com

                                                                      /s/Joshua R. Evans