IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM HEDGER,

Plaintiff,

v.

JERSEY COUNTY E.T.S.B./E911
and JERSEY COUNTY, ILLINOIS,

Defendants.

Case No. 21-cv-845 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 11/28/2022                    MONICA A. STUMP, Clerk of Court

**s/ Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**